Filed          20-CI-006548     11/11/2020          David L. Nicholson, Jefferson Circuit Clerk

Package:000003 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000003 of 000009

## COMMONWEALTH OF KENTUCKY
## JEFFERSON CIRCUIT COURT
## DIVISION ___
### CIVIL ACTION NO.:
### *Electronically Filed*

DONN PENDERGRASS, JR.                                          PLAINTIFF

v.

DOMINIQUE PITTS

SERVE VIA CERTIFIED MAIL: RESTRICTED
2124 Crossfield Drive
Elizabethtown, Kentucky 42701

CHARTER COMMUNICATIONS, LLC;

SERVE VIA CERTIFIED MAIL: RESTRICTED
421 WEST MAIN STREET
FRANKFORT, KY 40601

CHARTER COMMUNICATIONS, INC.

SERVE VIA CERTIFIED MAIL: RESTRICTED
421 WEST MAIN STREET
FRANKFORT, KY 40601

SPECTRUM ADVANCED SERVICES, LLC

SERVE VIA CERTIFIED MAIL: RESTRICTED
421 WEST MAIN STREET
FRANKFORT, KY 40601

                                                           DEFENDANTS

---

## COMPLAINT

---

Comes now the Plaintiff, Donn Pendergrass, Jr., by counsel, and for his Complaint against the Defendants, states as follows:

## PARTIES

1.     Plaintiff, Donn Pendergrass, Jr., (hereafter referred to as "Plaintiff") is an adult resident citizen of Rutherford County, Murfreesboro, Tennessee, and was operating a motor vehicle in Jefferson County, Kentucky, at the time of the incident made the basis of this suit.

2.     Upon information and belief, Defendant, Dominque Pitts, is a resident of Hardin County, Kentucky, and was the driver of a vehicle that collided with Plaintiff's vehicle on or about

3.     At all times relevant hereto, the Defendant, Charter Communications, LLC is a foreign limited liability corporation licensed to conduct business in the Commonwealth of Kentucky. The address for the service of process on this Defendant is 421 West Main Street, Frankfort, Kentucky 40601. Charter Communications, LLC's principal office is located at 12405 Powerscourt Drive, St. Louis, Missouri 63131.

4.     At all times relevant hereto, the Defendant, Charter Communications, Inc. is a foreign corporation licensed to conduct business in the Commonwealth of Kentucky. The address for the service of process on this Defendant is 421 West Main Street, Frankfort, Kentucky 40601. Charter Communications, Inc.'s principal office is located at 12405 Powerscourt Drive St. Louis, Missouri 63131.

5.     At all times relevant hereto, the Defendant, Spectrum Advanced Services, LLC, is a foreign limited liability corporation licensed to conduct business in the Commonwealth of Kentucky. The address for the service of process on this Defendant is 421 West Main Street, Frankfort, Kentucky 40601. Spectrum Advanced Services, LLC's principal office is located at 12405 Powerscourt Drive St. Louis, Missouri 63131.

Package:000004 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000004 of 000009

2

6.      Defendants, Charter Communications, LLC, Charter Communications, Inc., and Spectrum Advanced Services, LLC, are hereafter collectively referred to as the "Charter Defendants."

7.      At all times relevant hereto, the Charter Defendants were the owners of the vehicle Defendant Pitts was driving at the time of the collision (referred to as the "Charter Vehicle").

## FACTS

8.      Plaintiff adopts and incorporates by reference each of the previous paragraphs as if fully set forth herein.

9.      On or about January 25, 2019, Defendant Pitts was driving the Charter Vehicle on I-265 East in Louisville, Kentucky.

10.     At the same time, Plaintiff was driving a vehicle on I-265 East.

11.     Due to Defendant Pitts' inattention, Defendant Pitts slammed the Charter Vehicle into the rear of the vehicle Plaintiff was driving.

12.     At all times relevant hereto, Defendant Pitts was employed by the Charter Defendants.

13.     At all times relevant hereto, Defendant Pitts was driving in the scope of his employment with the Charter Defendants.

14.     At all times relevant hereto, the Charter Defendants owned, controlled, and maintained the Charter Vehicle driven by Defendant Pitts.

Package:000005 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000005 of 000009

Filed           20-CI-006548    11/11/2020           David L. Nicholson, Jefferson Circuit Clerk

## COUNT I

### COMMON LAW NEGLIGENCE AND GROSS NEGLIGENCE

15.     Plaintiff adopts and incorporates by reference each of the previous paragraphs as if fully set forth herein.

16.     At the time of the collision, Defendant Pitts owed the duty to Plaintiff to drive in a careful manner with regard to the safety and convenience of other motorists, such as Plaintiff.

17.     Plaintiff avers that Defendant Pitts, acting as agent, servant, or employee of the Charter Defendants, breached this duty by negligently, carelessly, and recklessly operating the Charter Vehicle, causing it to collide with Plaintiff's vehicle, leading to serious injuries to Plaintiff.

18.     At the time of the collision, Defendant Pitts was driving in an unlawful, reckless, and dangerous manner.

19.     As a direct and proximate result of Defendant Pitt's negligent and grossly negligent actions, Plaintiff has suffered significant physical injuries and damages, including, but not limited to, medical expenses, bodily injury, pain and suffering, mental anguish, and, lost wages, all in an amount exceeding the jurisdictional minimum of this Court.

20.     The Charter Defendants are liable for the negligence of Defendant Pitts pursuant to the doctrine of *respondeat superior* because Defendant Pitts was acting within the scope of his agency and/or employment at all relevant times hereto.

Package:000006 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000006 of 000009

Filed                 20-CI-006548    11/11/2020              David L. Nicholson, Jefferson Circuit Clerk

## COUNT II

### STATUTORY NEGLIGENCE

21.     Plaintiff adopts and incorporates by reference each of the previous paragraphs as if fully set forth herein.

22.     Defendants' actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

23.     The injuries sustained by Plaintiffs are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendants' violation of these statutes.

24.     As a direct and proximate result of Defendants violations of Kentucky law, Plaintiffs sustained the injuries and damages itemized in COUNT I.

**WHEREFORE**, Plaintiff, Donn Pendergrass, Jr., demands judgment against Defendants, as follows:

A.      A trial by jury on all issues of fact herein;

B.      Compensatory and punitive damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C.      For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D.      For Plaintiff's costs herein expended; and

E.      For any and all other relief to which Plaintiff is entitled.

Package:000007 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000007 of 000009

Filed                 20-CI-006548    11/11/2020              David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-006548    11/11/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Pursuant to KRS 411.188(4) the parties notified pursuant to KRS 411.188(2) are as follows:

Sedgwick Claims Management Services
8125 Sedgwick Way
Memphis, Tennessee 38125

York Risk
P.O. Box 619079
Roseville, California
Also Via Fax to the Attention of Arlette Williams at 866-548-3627

Blue Cross Blue Shield of Illinois
300 East Randolph
Chicago, Illinois 60601

**RESPECTFULLY** submitted this the 11th day of November 2020.

/s/ Jonathan B. Fannin
Jonathan B. Fannin
Attorney for Plaintiff

OF COUNSEL:

HARE, WYNN, NEWELL & NEWTON, LLP
Jonathan B. Fannin, Esquire
325 West Main Street, Suite 210
Lexington, Kentucky 40507

Package:000008 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000008 of 000009

Filed          20-CI-006548    11/11/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-006548    11/11/2020          David L. Nicholson, Jefferson Circuit Clerk

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY ON ALL ISSUES

Package:000009 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000009 of 000009

Filed          20-CI-006548    11/11/2020          David L. Nicholson, Jefferson Circuit Clerk

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

SPECTRUM ADVANCED SERVICES, LLC
421 WEST MAIN STREET
FRANKFORT, KY 40601



## KCOJ eFiling Cover Sheet

Case Number: 20-CI-006548

Envelope Number: 2931861

Package Retrieval Number: 293186120254237@00000960639

Service by: Certified Mail

Service Fee:  $ 0.00

Postage Fee: $ 12.50

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Generated: 11/13/2020 11:46:55 AM

Package:000001 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000001 of 000009





CERTIFIED MAIL

7020 0640 0000 2224 9693

| AOC-E-105        Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-006548**<br><br>Court:   **CIRCUIT**<br><br>County: **JEFFERSON Circuit** |

*Plantiff*, **PENDERGRASS, DONN VS. PITTS, DOMINIQUE ET AL**, *Defendant*

TO:  **SPECTRUM ADVANCED SERVICES, LLC**

     **421 WEST MAIN STREET**

     **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nichols*

Jefferson Circuit Clerk
Date: **11/11/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

Served By _____

Title _____

Summons ID: 293186120254237@00000960639
CIRCUIT: 20-CI-006548 Certified Mail
PENDERGRASS, DONN VS. PITTS, DOMINIQUE ET AL



Page 1 of 1

*eFiled*

Package:000002 of 000009

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

Package : 000002 of 000009