UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DONN PENDERGRASS, JR. | ) | Case No.  3:20-cv-824-BJB |
|  | ) | ELECTRONICALLY FILED |
| PLAINTIFF | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| DOMINIQUE PITTS, | ) |  |
| CHARTER COMMUNICATIONS, LLC, | ) |  |
| CHARTER COMMUNICATIONS, INC., and | ) | Removed from: |
| SPECTRUM ADVANCED SERVICES, LLC | ) | Jefferson Circuit Court |
|  | ) | Case No. 20-CI-006548 |
| DEFENDANTS | ) |  |

**CORPORATE DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, Defendant Charter Communications, Inc. hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1: Charter Communications, Inc. is a publicly traded corporation. Upon information and belief, Liberty Broadband Corporation is the only publicly-held corporation which has greater than 10% interest in Charter Communications, Inc.

Respectfully submitted,

WARD, HOCKER & THORNTON, PLLC
Hurstbourne Place, Suite 700
9300 Shelbyville Road
Louisville, Kentucky 40222
(502) 583-7012
(502) 583-7018 (Fax)
bstephenson@whtlaw.com
rebecca.burroughs@whtlaw.com

By:   *s/ Rebecca L. Burroughs*
      BRIAN H. STEPHENSON
      REBECCA L. BURROUGHS
      *Counsel for Defendants Spectrum Advanced Services, LLC., Charter Communications, LLC, Charter Communications, Inc.*

## **CERTIFICATE**

I hereby certify that on the 9th day of December, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, and the foregoing document was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in the case by electronic mail including:

Jonathan B. Fannin
HARE, WYNN, NEWELL & NEWTON, LLP
325 West Main Street, Suite 210
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*s/ Rebecca L. Burroughs*
BRIAN H. STEPHENSON
REBECCA L. BURROUGHS
*Counsel for Defendants Spectrum Advanced Services, LLC., Charter Communications, LLC, Charter Communications, Inc.*